EILEEN WUNSCHEL v. CITY OF JERSEY CITY.

September 7, 1983.

Petition for certification granted.

EILEEN WUNSCHEL v. CITY OF JERSEY CITY.

September 7, 1983.

Cross-petition for certification granted.

SARA C. THOMAS v. ALAN THOMAS.

September 7, 1983.

Petition for certification denied.

RITA RIZZUTO v. LEANDRO RIZZUTO.

September 7, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. BRUCE HILL.

September 7, 1983.

Petition for certification denied.